IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARLA K. BRADEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br>v.<br>STAPLES, INC.,<br><br>        Defendant. | Civil Action No. 16-03848 (MAS) (LHG)<br><br>*Document Electronically Filed*<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) |

**IT IS HEREBY STIPULATED AND AGREED** that all claims asserted in Plaintiff's Complaint against Defendant Staples, Inc. are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: May 23, 2018
       Newark, New Jersey

**CLARK LAW FIRM & PACIFIC TRIAL ATTORNEYS**

By: s/ Mark W. Morris, Esq.
    Mark W. Morris
    Clark Law Firm
    811 16th Avenue
    Belmar, NJ 07719
    Telephone: (732) 443-0333
    mmorris@clarklawnj.com

Scott J. Ferrell, Esq.
Pacific Trial Attorneys
4100 Newport Place, Suite 800
Newport Beach, CA 92660
Telephone: (949) 706-6464
sferrell@pacifictrialattorneys.com
*Attorneys for Plaintiff Darla K. Braden*

**GIBBONS P.C.**

By: s/ Michael R. McDonald, Esq.
    Michael R. McDonald, Esq.
    (admitted *pro hac vice*)
    Joshua S. Levy, Esq.
    One Gateway Center
    Newark, New Jersey 07102
    Telephone: (973) 596-4500
    Facsimile: (973) 596-0545
    mmcdonald@gibbonslaw.com
    jlevy@gibbonslaw.com
*Attorneys for Defendant Staples, Inc.*

SO ORDERED: _/s/ M.A. Shipp_
Honorable Michael A. Shipp, U.S.D.J.

2609714.1 081049-92971